IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JANET E. DARDEN**                                                        **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO.: 3:24-cv-144-CWR-ASH**

**MISSISSIPPI DEPARTMENT OF**                                     **DEFENDANTS**
**REHABILITATION SERVICES AND**
**CHRISTOPHER HOWARD**

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW, Plaintiff in the above numbered and styled cause, and moves the Court for leave to file her Amended Complaint. In support thereof, Plaintiff would show as follows:

1. On March 12, 2024, Plaintiff filed her Complaint against Defendants.

2. Plaintiff now desires to amend her Complaint to further clarify her factual allegations. Attached as Exhibit "A" is Plaintiff's proposed Amended Complaint

3. Federal Rule of Civil Procedure 15(a) provides that leave to amend must be "freely given when justice so requires." Fed. R. Civ.P. 15(a). *See also Stripling v. Jordan Production Co.*, 234 F.3d 863, 872 (5th Cir. 2000). Further, a Motion to Amend should be granted unless there is a "substantial reason" to deny leave to amend. *Stripling*, 234 F.3d at 872; *Herrmann Holdings, Ltd. v. Lucent Technologies, Inc.,* 302 F.3d 552, 566 (5th Cir. 2002).

4. Plaintiff argues that justice would not be served if the Motion to Amend the Complaint were denied. Further, Plaintiff alleges that no substantial reason exists that would justify the denial of the amendment.

5. Defendants have no objection to this request.

6. Due to the nature of this Motion, Plaintiff respectfully requests that the requirement of a supporting memorandum of authorities be waived.

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully requests that she be granted leave to file her Amended Complaint.

THIS, the 18th day of August, 2024.

                                        Respectfully submitted,

                                        /s Nick Norris
                                        NICK NORRIS (MSB#101574)
                                        Attorney for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
4209 Lakeland Drive #365
Flowood, MS 39232
Phone: (601) 968-0000
Facsimile: (601) 968-0010
nick@watsonnorris.com

## CERTIFICATE OF SERVICE

I, Nick Norris, attorney for Plaintiff do hereby certify that I have this day filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing or mailed, via United States Mail, postage prepaid, on all counsel of record.

THIS, the 18th day of August, 2024.

                                        /s Nick Norris
                                        NICK NORRIS