# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JANET G. DARDEN**                                                        **PLAINTIFF**

**v.**                                      **CIVIL ACTION NO. 3:24-CV-00144-CWR-ASH**

**MISSISSIPPI DEPARTMENT OF REHABILITATION**
**SERVICES; and CHRISTOPHER HOWARD**                **DEFENDANTS**

## UNOPPOSED MOTION TO STAY JURY TRIAL

COME NOW, Defendants, Mississippi Department of Rehabilitation Services ("MDRS") and Christopher Howard ("Howard") (collectively "Defendants"), by and through counsel, and hereby files their Unopposed Motion to Stay Jury Trial in this cause and terminate corresponding deadlines, and in support thereof, would show unto this Honorable Court the following:

1. Pursuant to this Court's text-only order entered 8/28/25, Jury Trial is set to begin before this Court on 12/15/25 for 3 days. Further, the Exhibit List, Witness List, Jury Instructions, and Final Pretrial Order are due on 12/10/25.

2. Unfortunately, Defense counsel, Lindsay Dowdle's father unexpectedly passed away over thet weekend. Mrs. Dowdle will be out of the office for at least these upcoming weeks to grieve her father and attend to personal matters.

3. Further, the parties have made great progress with resolving this litigation without the necessity of trial.

4. Accordingly, Defendants request this Honorable Court to stay the current Jury Trial setting, and terminate corresponding deadlines (for providing the Exhibit

List, Witness List, Jury Instructions, and Final Pretrial Order), to be re-set at an appropriate time in the future.

5. In accordance with L.U. CIV. R. 7(b)(10), the undersigned has conferred with Plaintiffs' counsel, who stated no objection to Defendant's request to stay trial.

6. Due to the straightforward nature of Defendants' requested relief, they ask that the Court waive any requirement under L. U. CIV. R. 7(b)(4) of a separate memorandum brief.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully move this Honorable Court to enter an Order staying the current 12/15/25 Jury Trial setting, terminating the corresponding 12/10/25 deadline for providing the Exhibit List, Witness List, Jury Instructions, and Final Pretrial Order, and for such further and additional relief, whether legal or equitable, as appropriate in the premises.

RESPECTFULLY SUBMITTED, this the 8th day of December, 2025.

**MISSISSIPPI DEPARTMENT OF REHABILITATION SERVICES and CHRISTOPHER HOWARD,** *Defendants*

**LYNN FITCH, ATTORNEY GENERAL STATE OF MISSISSIPPI**

 /s/ *Will Ivison*
WILLIAM C. IVISON
Special Assistant Attorney General
Mississippi Bar No. 104213

Lindsay Thomas Dowdle (MSB #102873)
Will Ivison (MSB #104213)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION

Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.:  (601) 359-3020
       (601) 359-4245
Fax:   (601) 359-2003
Email: Lindsay.Dowdle@ago.ms.gov
       Will.Ivison@ago.ms.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system, which has provided notice to all counsel of record.

SO CERTIFIED, this the 8th day of December, 2025.

/s/ *Will Ivison*
WILLIAM C. IVISON (MSB #104213)
Special Assistant Attorney General